**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7639**

MICHAEL ANTHONY MCKEOWN,

        Plaintiff - Appellant,

    v.

HENRY D. MCMASTER, Attorney General; JOHN W. MCINTOSH, Chief
Deputy Attorney General; DONALD JOHN ZELENKA, Assistant
Deputy Attorney General; SAMUEL CREIGHTON WATERS, Senior
Assistant Attorney General; SALLEY W. ELLIOT, Assistant
Attorney General,

        Defendants,

    and

KAREN C. RATIGAN, Assistant Attorney General; RODNEY WADE
RICHEY; C. DENTON MATTHEWS, Assistant Solicitor; LINDA
WHISENHUNT, Solicitor; SKIP GOLDSMITH,

        Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Aiken.  J. Michelle Childs, District Judge.
(1:09-cv-00655-JMC)

Submitted:  April 28, 2011        Decided:  May 3, 2011

Before KING, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Anthony McKeown, Appellant Pro Se. William Henry Davidson, II, Daniel C. Plyler, DAVIDSON & LINDEMANN, PA, Columbia, South Carolina; Rodney Wade Richey, Greenville, South Carolina; Christopher R. Antley, DEVLIN & PARKINSON, PA, Greenville, South Carolina; James Lee Goldsmith, Jr., Greenville, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Anthony McKeown appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint and its subsequent orders denying his motion to alter or amend filed pursuant to Fed. R. Civ. P. 59(e). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McKeown v. Ratigan, No. 1:09-cv-00655-JMC (D.S.C. Sept. 2, 2010). We deny McKeown's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED